COPY

(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) James St. Louis   446518
(Name of Plaintiff)   (Inmate Number)

Delaware Correctional Center
1181 Paddock Road
Smyrna Delaware, 19977
(Complete Address with zip code)

(2) _____
(Name of Plaintiff)   (Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) Eva Marshall
(2) Chris Fowler
(3) Melanie Withers  et all
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

07 - 84
(Case Number)
( to be assigned by U.S. District Court)

CIVIL COMPLAINT

✓ Jury Trial Requested

FILED
FEB 15 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I.   PREVIOUS LAWSUITS

A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

St. Louis v Wilson et al    1:05 cv 38      Robinson

St. Louis v Morris et al    1:06 cv 236     Robinson

St. Louis v Heverin et al   06-641          Robinson

St. Louis v Wilson et al    1:06-682        Robinson

II.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A.  Is there a prisoner grievance procedure available at your present institution?  ··Yes  ✓·No

B.  Have you fully exhausted your available administrative remedies regarding each of your present claims?  ✓·Yes  ··No

C.  If your answer to "B" is Yes:

1. What steps did you take? _This issue has been addressed in Delaware Superior and Supreme Court w/ final decision 3/2005_

2. What was the result? _The Supreme Court ruled as the superior court and procedurally barred the action._

D.  If your answer to "B" is No, explain why not: _This falls well within 2 yr. statue of limitation for procedural due process_

III.  DEFENDANTS (in order listed on the caption)

(1) Name of first defendant: _Melanie Withers_
Employed as _prosecutor_ at _Delaware Attorney General office_
Mailing address with zip code: _Georgetown Delaware_

(2) Name of second defendant: _Eva Marshall_
Employed as _N/A_ at _—_
Mailing address with zip code: _P/o Box Miller Road Sandy Creek New York_

(3) Name of third defendant: _Chris Fowler_
Employed as _N/A_ at _—_
Mailing address with zip code: _P/o Box Miller Road Sandy Creek New York_

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

4) KARL HALLER
public defends   at Public Defenders Office
Georgetown Delaware

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. Procedural due process violations denying petitioner his Constitutional rights.

2. (see attached sheets)

3. Evans v Abney 90 Sct. 628 says no state law or action can prevail in face of contrary federal laws, and [federal courts] must search out the facts and truth of any proceedings or transactions to determine if a Constitutional violation has occurred.

V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. (see attached sheets)

3

2. ‥



3.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __31__ day of __January__, 2__007__.

__James St. Louis Jr.__
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

In Dennis v Sparks 101 SCt. 183 it describes "joint action" as that a private defendant acts under color of state law when he/she is "a willfull participant in joint action with the state or its agents".

In Harlow v Fitzgerald 102 SCt. 2727 it say for this to happen two conditions are required.

1. a deprivation
2. private party acts together with or obtained significant aid or information from state official.

It also says that [no] state official who violates clearly established statutory or constitutional rights which a reasonable official would have been aware of can have qualified immunity.

In Hydrick v Hunter 449 F3d 978 (2006) the court said a person subjects another to a deprivation of a constitutional right within the meaning of §1983 if that person does an affirmative act, participates in another's affirmative acts, or omits to perform an act which that person is legally required to do that causes the deprivation of which complaint is made but also by setting in motion

person to perform all the acts constituting fraud where two or more persons participated in a fraudulent scheme. Each party to a fraudulent transaction is responsible for the acts of others in furtherance of a fraudulent scheme and [all] who participate are liable for the fraud". Also see Moss v American Alternative Ins. Corp. 420 FS 2d 962. also see adickes 90 SCt 1615

The Question we should ask ourselves is does the action violate those "fundamental principles of liberty and justice which lie at the base of all our court and political institutions?" The answer [must] be [NO] if not then those responsible must be held accountable.

facts:

On or about 9/20/200 Kathy Beekman who was a witness for the prosecution went to the child advocacy center with Mrs St. Louis and her two children. After Buster Richardson interviewed the children he met with the two adults and told them in his and the states openion the plantiff did sexually assult the alledged victum. Upon arriving home Ms. Beekman contacted Chris Fowler and Eva Marshall and told them what

Richardson had said and to contact the department of Social Services as soon as possible. (As seen in exhibit A) Ms Marshall contacted them and offered her and Chris Fowler's services even if they needed to take Ashley so she wouldn't go into a home. After finishing to talk with social worker there was contact with the prosecutors office, Melanie Withers specifically, and after questioning was decided they could not add any information or help in said case. This was addressed in court docket sheets (see exhibit B.) However just incase their help was needed was listed as shown in exhibit as a witness to remind them to come and help. At trial during voir dire Ashley refused to discuss anything and said many times she couldn't remember anything. It was brought to every ones attention that the 3507 video tape introduction as evidence would depend on her testimony the following day (see exhibit C) Two minutes later Eva Marshall showed why she and Fowler where there. Withers informed the court that Marshall informed her that Kasee wasn't

going to testify (see exhibit D)

The court addressed the issue of witness tampering with Ashley and to tell the court if someone does (see exhibit E)

But after the court was recessed for the day, with all depending on the childrens testimony the next day, Chris Fowler and Eva Marshall were taken to the prosecutors office for a meeting and shown the video tape that hadn't been introduced into evidence yet.

The timing and need at this time is of great questioning. After leaving the meeting Chris Fowler and Eva Marshall proceeded to the Childrens address and talked Mrs. St. Louis into taking the two children with them to dinner. Mrs. St. Louis remended all [not] to talk about the case. (see exhibit F)

At the dinner Fowler and Marshall talked to the children about the video and what their testimony should be. They went over what to say and even set up hand signals to help them remember.

Upon returning home the two girls told their mother what happened and how they were promised gifts and "special things" if they said what they

had practiced with Fowler and Marshall.

The next day plaintiff and his wife brought this information to plaintiff's attorney Karl Haller. He immediately went to talk to Melanie Withers and upon his return to plaintiff and his wife that prosecution for witness tampering had to be handled through the prosecutors office and he believes with her being involved nothing would happen so to just drop it. Haller did bring up to the court about hand signals and the judge did address it and said if he saw anymore the court would be emptied.

Petitioner believes Withers made a special deal with Fowler and Marshall to interfer with the girls free will and even represented Fowler in Family Court as his attorney after this case was finished. Noting Fowler did not show up and Marshall calls Mrs St. Louis telling her she and Chris would not be coming back to Delaware for fear of Withers.

The only issue left is the two year statue, which the state will address. In McDaniels v Fleck 59 F3d 978 3rd circuit said that an action is not

complete until the states highest court has a chance to correct a procedural due process violations. This state address was done and finished in 2005 well within the two year limitation with this petition.

Plantiff believes that not only Eva Marshall and Chris Fowler be held liable but also Melanee Walters and Karl Haller in their official and individual capacity holding them responsible in their action and inactivity. Plantiff is not only asking for all the financial restitution he deserves along with all legal fees but also sanctions fitting an official for deliberately violating constitutional and state rights. Plantiff also ask that all supervisors and associates be held responsible that in their official or individual capacity failed to act in an appropriate manner denying petitioner his due process through illegal procedures.

James St. Louis
SBI # 446518
1181 Paddock Rd
Smyrna Delaware

I/M: James St. Louis
SBI# 446518   UNIT Delta E (F-17)
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

legal mail

Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington, Delaware
19801-3570

legal mail

Certificate of Service

07-84

I hereby certify that on February 14 2007 I filed a Motion of Civil Rights 42 USC § 1983 with the clerk of this court. I also hereby certify that on February 14, 2007 I have mailed by United States Service a copy of the same document to the following participant.

Department of Justice
820 N. French St.
Wilmington De. 19801

FILED
FEB 15 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

James St. Louis
SBI # 446518
Delaware Correction
1181 Paddock Rd.
Smyrna Delaware
19977