In the United States District Court
For the District of Delaware

James St. Louis         } Civil # 07-84-SLR
     Plaintiff
        v                } Motion to add action
Marshall et al.         } as is to Civil # 06-682-SLR
                          (consolodate)

Plaintiff James St. Louis persuant to order dated 23 of February 2007 and without ruling from motion to review of 26 December 2006 (motion to redress) and support of Judge Robinson's decission and order requese that this court allows the civil action above be added to action 06-682-SLR with defendants and motion in its entirety. Supporting such request plaintiff uses Judge Robinson's own ruling about similier actions from case 06-641 SLR

Plaintiff also wishes to add arguments used in motion to redress as petitioners answer to show Procedural Due Process violations [NOT] asking for his case to be remanded or overturned, as argued in redress. Plaintiff wants to address his "legitimate claim to entitlement" and "protected interest" given him in Delaware law and U.S. Constitution and defendants failure to follow those procedures violating his rights to due process. After addressing those due process claims in state court with no answer or defending by

(1)

state plaintiff believes Procedural Due process now exist. As far as statue of limitations petitioner has followed procedure rules address in McDaniels 59 F3d @ 460 and Persaico v City of Jersey City 67FA 669 both 3rd circuit cases, bring issue to state to answer before filing Procedural due process violations. also see McGreevy v Stroup 413 F3d 359 and Saucier 121 S.Ct. 2151. also Mcnernon 110 S.Ct. 975

Plaintiff also address the continuous action of his denial of Due process as over ride of the 2 year limitation by state.

Plaintiff ask this court to follow rulings via the U.S. Supreme Court in Parrott v Taylor 101 SCt 1908, Harlow v Fitzgerald 102 SCt 2727, Anderson v Creighton 107 SCt 3034, Graham v Connor 109 SCt. 1865 and US v Lanier 117 SCt 1219 which says any unauthorized failure of a state official to follow "prescribed procedures" guaranteed under due process is actionable und § 1983 suit.

"All persons are charged with knowledge of the provisions of statues and [must] take note of the procedures adapted by them, and when the procedures is [NOT] unreasonable or arbitrary there are not constitutional limitations releiving them from conforming to it" see Texaco v Short 102 SCt. 781.

James St. Louis Jr.

(2)

I James St. Louis certify that a copy of enclosed motion not only was mailed to the clerk of the District Court of Delaware, but said like copy was mailed to Department of Justice Wilmington on March 9 2007 via U.S. postal service.

James St. Louis
SBI 446518
1181 Paddock Rd.
Smyrna De.

I/M James A. Lewis
SBI# 446518  UNIT Wills - East (E-17)
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

Office of the Clerk
U.S. District Court
844 King St., Lockbox 18
Wilmington, De.
19801

Legal Mail

U.S.M.S. X-RAY

UNITED STATES POSTAGE
02 1A
0004608975
MAILED FROM ZIPCODE 19977
MAR 09 2007
$ 00.39⁰
PITNEY BOWES