Dear clerk

At time of mailing inmate hadn't received certified copy of business account. Because of dead line and problems with mail inmate mailed appeal without certified copy. As soon as inmate receives from Business office he will forward to you.

James St. Louis
SBI# 446518

FILED
APR 30 2007

I/M: James St. Louis Jr.
SBI# 446518 UNIT Delta East (F-17)
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

UNITED STATES POSTAGE
PITNEY BOWES
02 1A
0004608975
$ 01.59⁰
APR 27 2007
MAILED FROM ZIP CODE 19977

Legal Mail

Office of the Clerk
United States District Court
844 King Street Lockbox 18
Wilmington Delaware
19801

Legal Mail

U.S.M.S.
X-RAY

NOTICE TO PRISONER: You are directed to complete the following form. The top portion of the form must be returned to the Clerk. The lower portion of the completed form shall be returned to the prison official in charge of the prisoner account.

I, James St. Louis Jr. SBI 446518
(Name of Prisoner and Registered Number if applicable)

authorize the Clerk of the Court to obtain, from the agency having custody over me, information about my institutional account, including balances, deposits, and withdrawals. The Clerk may obtain such information until the fee and any other payments owed the Court are paid. I also authorize the agency having custody over me to withdraw funds from my account and forward payments to the appropriate Clerk of Court in accordance with 28 U.S.C. §1915 (April 26, 1996).

James St. Louis Jr.
Signature of Prisoner

Date: 4/26/2007

---

I, James St. Louis SBI # 446518
(Name of Prisoner and Registered Number if applicable)

authorize the Clerk of the Court to obtain, from the agency having custody over me, information about my institutional account, including balances, deposits, and withdrawals. The Clerk may obtain such information until the fee and any other payments owed the Court are paid. I also authorize the agency having custody over me to withdraw funds from my account and forward payments to the appropriate Clerk of Court in accordance with 28 U.S.C. §1915 (April 26, 1996).

FILED
APR 30 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M: James St. Louis Jr.
SBI# 446518 UNIT Delta East (F-17)
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

UNITED STATES POSTAGE
PITNEY BOWES
02 1A $ 01.59⁰
0004608975 APR 27 2007
MAILED FROM ZIPCODE 19977

Legal Mail

Office of the Clerk
United States District Court
844 King Street Lockbox 18
Wilmington Delaware
19801

Legal Mail

U.S.M.S.
X-RAY