07cv84-SLR
06-682-SLR

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: James St. Louis   SBI#: 446518

FROM:   Stacy Shane, Support Services Secretary

RE:   **6 Months Account Statement**

DATE:   May 2, 2007

07cv84SLR + 06cv682SLR

FILED MAY 07 2007
RG scann

Attached are copies of your inmate account statement for the months of
November, 2006 to April 30, 2007

*The following indicates the average daily balances.*

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Nov | 0 |
| Dec | 0 |
| Jan | 0 |
| Feb | 0 |
| March | 0 |
| April | 0 |

Average daily balances/6 months: 0

Attachments
CC:   File

Stacy Shane
5/2/07

Janette L Hawf
5/2/07

*James St. Louis*
*131 446518*

NOTICE TO PRISONER: You must submit to this Court a certified copy of your prison trust fund account statement (or institutional equivalent) for each institution in which you have been confined for the six-month period immediately preceding the date of this application. 28 U.S.C. §1915(a)(2). The following certification from an authorized officer of your institution(s) must accompany the account statement(s):

    I certify that the attached trust fund account statement (or institutional equivalent) is true and correct.

_____
Authorized Officer of Institution

RECEIVED-D.C.C.

MAY 0 2 2007

SUPPORT SERVICES MANAGER

NOTICE TO PRISON OFFICIALS: Pursuant to the Prison Litigation Reform Act, you will be obligated to forward payments to the appropriate United States District Court if the prisoner herein is granted leave to proceed in forma pauperis. 28 U.S.C. § 1915(b)(2) (April 26, 1996). Pursuant to that statute, once an initial partial fee is paid, the prison official in charge of the prisoner's account must forward monthly payments of 20% of the income credited to the prisoner's account during the preceding month, each time the amount in the account exceeds $10, until the entire filing and/or docketing fee has been paid.

------------------------------------------------------------

*(Cut along the dotted line and forward to each institution in which applicant has been confined for the six-month period prior to the date this application is made.)*

    I certify that the attached trust fund account statement (or institutional equivalent) is true and correct.

_____
Authorized Officer of Institution

NOTICE TO PRISON OFFICIALS: Pursuant to the Prison Litigation Reform Act, you will be obligated to forward payments to the appropriate United States District Court if the prisoner herein is granted leave to proceed in forma pauperis. Once an initial partial fee is paid, the prison official in charge of the prisoner's account must forward monthly payments of 20% of the income credited to the prisoner's account during the preceding month, each time the amount in the account exceeds $10, until the entire filing and /or docking fee has been paid. 28 U.S.C. §1915(b)(2) (April 26, 1996).

RECEIVED-D.C.C.

MAY 0 2 2007

SUPPORT SERVICES MANAGER

# Individual Statement
## From November 2006 to December 2006

Date Printed: 5/2/2007

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | | | |
|---|---|---|---|---|---|---|---|
| 00446518 | StLouis | James | | | | Beginning Month Balance: | $0.00 |
| Current Location: | D/E | | | | | Ending Month Balance: | $0.00 |

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 11/1/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 340510 | | 10/27/06 | |
| Supplies-MailP | 11/1/2006 | $0.00 | $0.00 | ($1.83) | $0.00 | 340559 | | 10/26/06 | |
| Supplies-MailP | 11/1/2006 | $0.00 | $0.00 | ($3.27) | $0.00 | 340560 | | 10/26/06 | |
| Supplies-MailP | 11/15/2006 | $0.00 | $0.00 | ($3.58) | $0.00 | 346767 | | INDIGENT 11/1/06 | |
| Supplies-MailP | 11/20/2006 | $0.00 | $0.00 | ($1.83) | $0.00 | 348347 | | 11/3/06 | |
| Supplies-MailP | 11/20/2006 | $0.00 | $0.00 | ($4.20) | $0.00 | 348348 | | 11/3/06 | |
| Supplies-MailP | 12/22/2006 | $0.00 | $0.00 | ($3.12) | $0.00 | 362964 | | INDIGENT 12/5/06 | |

Ending Month Balance: $0.00

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($115.40)

**Individual Statement**
**From January 2007 to April 2007**

Page 1 of 2

Date Printed: 5/2/2007

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00446518 | StLouis | James | | | Beginning Month Balance: | $0.00 |
| Current Location: | D/E | | | | Ending Month Balance: | $0.00 |

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 1/2/2007 | $0.00 | $0.00 | ($1.83) | $0.00 | 366546 | | 12/26/06 | |
| Supplies-MailP | 1/2/2007 | $0.00 | $0.00 | ($5.00) | $0.00 | 366547 | | 12/26/06 | |
| Supplies-MailP | 1/4/2007 | $0.00 | $0.00 | ($1.11) | $0.00 | 368945 | | 12/26/06 | |
| Supplies-MailP | 1/4/2007 | $0.00 | $0.00 | ($1.11) | $0.00 | 368946 | | 12/26/06 | |
| Supplies-MailP | 1/10/2007 | $0.00 | $0.00 | ($0.39) | $0.00 | 371281 | | 12/20/06 | |
| Supplies-MailP | 1/10/2007 | $0.00 | $0.00 | ($0.63) | $0.00 | 371282 | | 12/20/06 | |
| Supplies-MailP | 1/10/2007 | $0.00 | $0.00 | ($2.07) | $0.00 | 371296 | | 12/20/06 | |
| Supplies-MailP | 1/10/2007 | $0.00 | $0.00 | ($3.27) | $0.00 | 371297 | | 12/20/06 | |
| Supplies-MailP | 1/16/2007 | $0.00 | $0.00 | ($0.39) | $0.00 | 373659 | | 1/12/07 | |
| Supplies-MailP | 1/16/2007 | $0.00 | $0.00 | ($0.63) | $0.00 | 373660 | | 1/12/07 | |
| Supplies-MailP | 1/16/2007 | $0.00 | $0.00 | ($1.83) | $0.00 | 373694 | | 1/4/07 | |
| Supplies-MailP | 1/18/2007 | $0.00 | $0.00 | ($3.22) | $0.00 | 374815 | | INDIGENT 1/2/07 | |
| Supplies-MailP | 2/9/2007 | $0.00 | $0.00 | ($0.39) | $0.00 | 384759 | | 1/17/07 | |
| Supplies-MailP | 2/9/2007 | $0.00 | $0.00 | ($0.63) | $0.00 | 384767 | | 1/17/07 | |
| Supplies-MailP | 2/15/2007 | $0.00 | $0.00 | ($0.63) | $0.00 | 387968 | | 2/9/07 | |
| Supplies-MailP | 2/15/2007 | $0.00 | $0.00 | ($0.39) | $0.00 | 387980 | | 2/9/07 | |
| Supplies-MailP | 2/15/2007 | $0.00 | $0.00 | ($1.11) | $0.00 | 388142 | | 2/14/07 | |
| Supplies-MailP | 2/15/2007 | $0.00 | $0.00 | ($4.20) | $0.00 | 388149 | | 2/14/07 | |
| Supplies-MailP | 2/26/2007 | $0.00 | $0.00 | ($3.82) | $0.00 | 392671 | | INDIGENT 2/6/07 | |
| Supplies-MailP | 3/9/2007 | $0.00 | $0.00 | ($1.35) | $0.00 | 398475 | | 3/2/07 | |
| Supplies-MailP | 3/19/2007 | $0.00 | $0.00 | ($0.39) | $0.00 | 401981 | | 3/14/07 | |
| Supplies-MailP | 3/19/2007 | $0.00 | $0.00 | ($0.39) | $0.00 | 401982 | | 3/14/07 | |
| Supplies-MailP | 3/19/2007 | $0.00 | $0.00 | ($0.39) | $0.00 | 402048 | | 3/9/07 | |
| Supplies-MailP | 3/19/2007 | $0.00 | $0.00 | ($0.39) | $0.00 | 402049 | | 3/9/07 | |
| Supplies-MailP | 4/11/2007 | $0.00 | $0.00 | ($0.39) | $0.00 | 413341 | | 3/7/07 | |
| Supplies-MailP | 4/11/2007 | $0.00 | $0.00 | ($0.39) | $0.00 | 413345 | | 3/7/07 | |
| Supplies-MailP | 4/12/2007 | $0.00 | $0.00 | ($3.94) | $0.00 | 413949 | | INDIGENT 3/6/07 | |
| Supplies-MailP | 4/12/2007 | $0.00 | $0.00 | ($3.54) | $0.00 | 414036 | | INDIGENT 4/3/07 | |
| Supplies-MailP | 4/13/2007 | $0.00 | $0.00 | ($0.39) | $0.00 | 414437 | | 3/16/07 | |
| Supplies-MailP | 4/13/2007 | $0.00 | $0.00 | ($0.39) | $0.00 | 414439 | | 3/16/07 | |

# Individual Statement
## From January 2007 to April 2007

Date Printed: 5/2/2007 — Page 2 of 2

| | | | | |
|---|---|---|---|---|
| Supplies-MailP | 4/13/2007 | $0.00 | ($0.39) | 414441 | 3/16/07 |
| Supplies-MailP | 4/13/2007 | $0.00 | ($0.39) | 414444 | 3/16/07 |
| Supplies-MailP | 4/13/2007 | $0.00 | ($0.39) | 414456 | 3/16/07 |

**Ending Month Balance:** $0.00

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: ($115.40)

Header: