TO:   Peter T. Dalleo
      LockBox 18
      844 King Street
      U.S. Courthouse
      Wilmington Delaware 19801

      **RE: DOCKET SHEETS**          July 24, 2007

Dear Mr. Dalleo :

   Pursuant to the requirements for the United States Court of Appeals I need all docket entries relating to the following cases:

   JAMES ST. LOUIS v. J. MICHAEL WILSON et. al.          civil #06-682-SLR

   JAMES ST. LOUIS v. MARSHALL et. al.          civil #07-84-SLR

   Thank you for your immediate response.

                                                  *James St. Louis* (signature)
                                                  JAMES ST. LOUIS
                                                  1181 Paddock road
                                                  Delaware Correctional Ctr.
                                                  Smyrna , DE 19977



FILED
JUL 26 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BO scanned

I/M James St. Louis
SBI# 446518  UNIT D/E
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
25 JUL 2007 PM 1 T

Clerk of the District Court
Lockbox 18
844 King Street
U.S. Courthouse
Wilmington De. 19801
ATT: Mr. Peter T. Dalleo