IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES ST. LOUIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-84-SLR |
| | ) |
| EVA MARSHALL, CHRIS FOWLER, MELANIE WITHERS, and KARL HALLER, | ) ) ) |
| | ) |
| Defendants. | ) |

**ORDER**

On April 24, 2007 plaintiff's case was dismissed as malicious and frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b)(1). (D.I. 8) The order provided that plaintiff was not required to pay any previously assessed fees or the $350.00 filing fee. Plaintiff appealed dismissal of the case and, on September 13, 2007, the United States Court of Appeals for the Third Circuit affirmed dismissal of the case, but remanded the case for this court to enter an order that the filing fee be collected from plaintiff's prison account in installments when funds are available pursuant to 28 U.S.C. § 1915(b)(2).

When plaintiff was granted leave to proceed in forma pauperis on April 24, 2007, he provided a certified copy of his prison trust fund account statement for the six-month period immediately preceding the filing of the above-referenced complaint. In evaluating plaintiff's account information pursuant to 28 U.S.C. § 1915(b)(1), the court has determined that the **plaintiff has no assets and no means to pay the initial partial filing fee, nevertheless, any money the plaintiff later receives will be**

**collected in the manner described below.**

The plaintiff shall, within thirty days from the date this order is sent, complete and return to the clerk of court, the attached authorization form allowing the agency having custody of him to forward all payments required by 28 U.S.C. § 1915(b)(2) to the clerk of the court. **FAILURE OF PLAINTIFF TO RETURN THE AUTHORIZATION FORM TO THE CLERK OF COURT WITHIN THIRTY DAYS FROM THE DATE THIS ORDER IS SENT MAY RESULT IN SANCTIONS.**

The plaintiff shall be required to make monthly payments of 20 percent (20%) of the preceding month's income credited to the plaintiff's prison trust account and absent further order of the Court, the Warden or other appropriate official at the Delaware Correctional Center, or at any prison at which the plaintiff is or may be incarcerated, shall forward payments from his account to the Clerk of the Court each time the amount in the account exceeds $10.00 until the filing fee is paid.

DATED: 10/25/07

UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES ST. LOUIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-84-SLR |
| | ) |
| EVA MARSHALL, CHRIS FOWLER, MELANIE WITHERS, and KARL HALLER, | ) ) ) |
| | ) |
| Defendants. | ) |

## AUTHORIZATION

I, James St. Louis, SBI #446518 request and authorize the agency holding me in custody to disburse to the clerk of the court all payments pursuant to 28 U.S.C. § 1915(b) and required by the court's order dated October 25, 2007.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _____, 2007.


                                                                          _____
                                                                          Signature of Plaintiff