IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES ST. LOUIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-84-SLR |
| | ) |
| EVA MARSHALL, CHRIS FOWLER, | ) |
| MELANIE WITHERS, and KARL | ) |
| HALLER, | ) |
| | ) |
| Defendants. | ) |

**AUTHORIZATION**

FILED
NOV - 6 2007
U.S DISTRICT COURT
DISTRICT OF DELAWARE

I, James St. Louis, SBI #446518 request and authorize the agency holding me in custody to disburse to the clerk of the court all payments pursuant to 28 U.S.C. § 1915(b) and required by the court's order dated October 25, 2007.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: 11/1/07 , 2007.

*James St. Louis Jr.*
Signature of Plaintiff
*under protest*

I/M James St. Louis
SBI# 446518  UNIT D/E (F-17)
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

The Clerk of Court
United States District Court
844 N. King Street Lockbox 18
Wilmington, Delaware
19801-3570

Legal Mail